AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>CV 11-02546 MEJ | DATE FILED<br>5/25/11 | U.S. DISTRICT COURT<br>Northern District of California, San Francisco Division |
|---|---|---|
| PLAINTIFF<br>TRANSPERFECT GLOBAL INC | | DEFENDANT<br>MOTIONPOINT CORPORATION |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

7-1-11 Voluntary Dismissal (ATTACHED)

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Gloria Acevedo | DATE 7-6-11 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy

1  DOUGLAS E. LUMISH (Bar No. 183863)
   dlumish@kasowitz.com
2  JEFFREY G. HOMRIG (Bar No. 215890)
   jhomrig@kasowitz.com
3  JOSEPH H. LEE (Bar No. 248046)
   jlee@kasowitz.com
4  L. OKEY ONYEJEKWE JR. (Bar No. 250354)
   oonyejekwe@kasowitz.com
5  Kasowitz, Benson, Torres & Friedman LLP
   101 California Street, Suite 2300
6  San Francisco, California 94111
   Telephone (415) 421-6140
7  Facsimile (415) 398-5030

8  Attorneys for Plaintiffs TransPerfect Global, Inc.,
   TransPerfect Translations International, Inc., and       ENTERED IN CIVIL DOCKET 7-1-11
9  Translations.com, Inc.

10

11                           UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                SAN FRANCISCO DIVISION

14 | TRANSPERFECT GLOBAL, INC.,              | CASE NO. CV 11-02546-MEJ
   | TRANSPERFECT TRANSLATIONS
15 | INTERNATIONAL, INC., AND                | ELECTRONIC CASE FILING
   | TRANSLATIONS.COM, INC.,
16 |                                         |
   |            Plaintiffs,                  | **NOTICE OF VOLUNTARY DISMISSAL**
17 |                                         | **WITHOUT PREJUDICE**
   |        v.                               |
18 |                                         | Before: Hon. Judge Maria-Elena James
   | MOTIONPOINT CORPORATION,                |
19 |                                         |
   |            Defendant.                   |
20

21      Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs

22 TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com,

23 Inc. voluntarily dismiss without prejudice the above-captioned action against Defendant

24 MotionPoint Corporation. This notice of dismissal is being filed with the Court before service by

25 Defendant of either an answer or a motion for summary judgment.

26

27

28

NOTICE OF VOLUNTARY DISMISSAL                                         CASE NO. CV 11-02546-MEJ

| | |
|---|---|
| 1    Dated: July 1, 2011 | Kasowitz, Benson, Torres & Friedman LLP |

By: /s/ *Douglas E. Lumish*
    Douglas E. Lumish
    Jeffrey G. Homrig
    Joseph H. Lee
    Lawrence Okey Onyejekwe Jr.

Attorneys for Plaintiffs TransPerfect Global, Inc., TransPerfect Translations International, Inc., and Translations.com, Inc.